S.D.N.Y.-N.Y.C.
23-cv-5752
Furman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand twenty-four.

Present:
   Maria Araújo Kahn,
    *Circuit Judge.*

---

Kissinger N. Sibanda,

    *Plaintiff-Appellant,*

**ORDER**
Docket No. 24-2348

v.

David Ellison, et al.,

    *Defendants-Appellants.*

---

Appellant, pro se, moves for in forma pauperis ("IFP") status. The district court must rule on Appellant's IFP status before the Court of Appeals can address the motion. *See* Fed. R. App. P. 24(a)(1), (5).

IT IS HEREBY ORDERED that the IFP motion is held in abeyance in this Court. The Clerk of Court is directed to transfer the IFP motion to the district court for a determination of IFP status. Upon receipt of the district court's determination, this Court will address Appellant's motion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/12/2024