**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 16, 2024
Docket #: 24-2348
Short Title: Sibanda v. Elison

DC Docket #: 1:23-cv-5752
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Jesse M. Furman

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for stay filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, January 7, 2025 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.