# No. 24-2348-cv

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

_____

KISSINGER N. SIBANDA

*Plaintiff-Appellant*,

v.

DAVID ELLISON, ET AL

*Defendants-Appellees*.

_____

*On Appeal from an Order of the*

*United States District Court for the Southern District of New York*

_____

**SUPPLEMENTAL AUTHORITY – 28 J LETTER**

_____

Dr. Kissinger N. Sibanda, Esq.

LAW OFFICE OF KISSINGER N. SIBANDA, PLLC

P.O. Box 714, Livingston, NJ 07039

Tel: 862-250-9684

Hon. Clerk of the Second Circuit, Catherine Wolfe**:**

Appellant, pursuant to FRAP Rule 28 J, adds the following authority to his brief:

## FEDERAL LAW

a.  17 U.S. Code § 506 - Criminal offenses…………………………..*passum*

b.  18 U.S. Code § 2319 - Criminal infringement of a copyright……….*passum*

c.  18 U.S. Code § 1595 (civil remedy)…………………………….*passum*

## FEDERAL CASES

d.  *Nassau Cty. Strip Searches Cases*, 783 F.3d 414, 417 (2d Cir. 2015)…*passum*

e.  *Dillon v. Chicago,* 866 F .2d 902, 904-05 (7th Cir. 1988)…………..*passum*

f.  *Kissinger N. Sibanda v. David Ellison, et al (1:24-cv-06310 (JMF))*..*passum*

## REASON:

Cases discuss the correct four-point test the second circuit should apply for a stay under Rule 62 (g); *Nken v. Holder, 556 U.S. 418 (2009)*, is inopposite and incorrectly cited by Appellee as the controlling authority. (d-e)

Further statutory support for criminality of copyright infringement, to rebut Rule 11 sanctions against Respondent's second claim as frivolous, and in support of

merit factor in overturning sanctions award; in addition to example of civil remedy in a U.S. criminal statute. (a-c)

      Finally, on-going posture of present dispute between Appellant and Appellee. (f).

Dated: JANUARY 2nd, 2025,                              Respectfully Submitted,
       Washington, DC

                                                               By /s/Kissinger N. Sibanda Esq
                                                                Dr. Kissinger N. Sibanda Esq

THE LAW OFFICE OF KISSINGER                    Tel: 862-250-9684
N. SIBANDA, PLLC                                       *Attorney for -Appellant*

## CERTIFICATION THAT CASE HAS NO OTHER APPEALS

Dr. Sibanda, certifies that there is one other appeal in the Second Circuit involving this case and, in any Court, State or Federal; Second Circuit, 24-3251, was misfiled.

# CERTIFICATE OF COMPLAINCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND TYPE STYLE REQUIREMENTS

1. This reply brief complies with the type-volume limitation of Fed.R.App.P. 32 (a) 7 (B) because letter contains 300 words, excluding, the parts of the brief exempted by Fed.R.App.P.32(a)(7)(B)(iii).

2. This brief complies with typeface Requirements of Fed.R.App.P. 32 (a) 5 and the type style requirements because it has been prepared using windows 11 in Times New Roman 14 pt.

Dated: January 2nd, 2025
       Washington, DC

/s/ Kissinger N. Sibanda Esq
_____
Dr. Kissinger N. Sibanda, Esq

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2nd, 2025, I electronically filed 28.J LETTER for Appellant with the Clerk of the United States Court of Appeals by using the Appellate CM/ECF. I further certify that all participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: January 2nd, 2025.

/s/Kissinger N. Sibanda
Dr. Kissinger N. Sibanda, Esq
