# No. 24-2348-cv

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

KISSINGER N. SIBANDA

*Plaintiff-Appellant*,

v.

DAVID ELLISON, ET AL

*Defendants-Appellees*.

_____

*On Appeal from an Order of the*

*United States District Court for the Southern District of New York*

_____

**SUPPLEMENTAL AUTHORITY – 28 J LETTER**

Dr. Kissinger N. Sibanda, Esq.

LAW OFFICE OF KISSINGER N. SIBANDA, PLLC

P.O. Box 714, Livingston, NJ 07039

Tel: 862-250-9684

Hon. Clerk of the Second Circuit, Catherine O'Hagan Wolfe**:**

Appellant, pursuant to FRAP Rule 28 J, adds the following authority:

g. *Usherson v. Bandshell Artist Mgmt.*, No. 19-CV-6368 (JMF), 2020 WL 4228754, at *1 (S.D.N.Y. July 22, 2020)……………………………………*passum*

h. *Schlaifer Nance & Co., Inc. v. Estate of Warhol*, 194 F.3d 323, 337 (2d Cir. 1999) (quoting *Nemeroff v. Abelson*, 620 F.2d 339, 348 (2d Cir. 1980) (per curiam))[1]……………………………………………………………..*passum*

i. Exhibit: 1 (Appellant's registered book copyright); ECF No. 113, Exh. 6. ( 1:23-cv-05752 (JMF).

REASON:

Similar case (intellectual property) that applied the four-point-test to stay addressing Appellant's merit and injury-to-Appellant factors (first two factors). (g-h).

Merit of Appellant's underlying and on-going copyright infringement claim[2]. (i). Herein, Exhibit: 1. Notwithstanding Appellant's Berne Convention rights as a foreign-born author, at time of publication of "The Return to Gibraltar," in 2011.

---

[1] "[A] claim is colorable 'when it has some legal and factual support, considered in light of the reasonable beliefs of the individual making the claim.'" *Id.*

[2] Appellee did not seek to dismiss Appellant's Copyright and Contributory Copyright Infringement claims in newly filed action. *See*, 1-24-06310 (JMF), ECF No. 77. (Appellee's motion to dismiss, MTD, in new action).

2

(Appealed issue from ECF No. 130 (Opinion and order) – Whether the Lower court Properly Applied the Berne convention to Appellant's need for registration, at time of publication[3]), affecting timeline of recovery of damages.

Dated: JANUARY 4th, 2025,                    Respectfully Submitted,
       Washington, DC

                                       By /s/Kissinger N. Sibanda Esq
                                          Dr. Kissinger N. Sibanda Esq

THE LAW OFFICE OF KISSINGER                  Tel: 862-250-9684
N. SIBANDA, PLLC                                      *Attorney for -Appellant*

---

[3] Amended form C and D by Appellant addressing issues.

## **CERTIFICATION THAT CASE HAS NO OTHER APPEALS**

Dr. Sibanda, certifies that there is one other appeal in the Second Circuit involving this case and, in any Court, State or Federal; Second Circuit, 24-3251, was misfiled.

## CERTIFICATE OF COMPLAINCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND TYPE STYLE REQUIREMENTS

1. This reply brief complies with the type-volume limitation of Fed.R.App.P. 32 (a) 7 (B) because letter contains 150 words, excluding, the parts of the brief exempted by Fed.R.App.P.32(a)(7)(B)(iii).

2. This brief complies with typeface Requirements of Fed.R.App.P. 32 (a) 5 and the type style requirements because it has been prepared using windows 11 in Times New Roman 14 pt.

Dated: January 4th, 2025
       Washington, DC

/s/ Kissinger N. Sibanda Esq
_____
Dr. Kissinger N. Sibanda, Esq

## CERTIFICATE OF SERVICE

I hereby certify that on January 4th, 2025, I electronically filed 28.J LETTER for Appellant with the Clerk of the United States Court of Appeals by using the Appellate CM/ECF. I further certify that all participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system. Dated: January 4th, 2025.

/s/Kissinger N. Sibanda
Dr. Kissinger N. Sibanda, Esq

# EXHIBIT: 1

# ECF NO. <u>113</u>, EXHIBIT. NO. 6

# (<u>THE RETURN TO GIBRALTAR</u> COPYRIGHT REGISTRATION PROOF)

# (FILED ON OPPOSSITION TO DEF'S MTD IN MATTER APPEALED)

# (1:23-05752 (JMF)) (ROI)

**Registration Number**

**TX 9-318-563**

**Effective Date of Registration:**
September 25, 2023
**Registration Decision Date:**
October 13, 2023

## Title

**Title of Work:** The Return To Gibraltar, Second Edition

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** August 18, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780615438979

## Author

- **Author:** Kissinger Nkosinathi Sibanda
  **Pseudonym:** Ken Sibanda
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** South Africa
  **Domiciled in:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kissinger Nkosinathi Sibanda
12 Housman Court, Maplewood, NJ, 07040, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text
**New material included in claim:** text

## Rights and Permissions

**Name:** Kissinger Nkosinathi Sibanda
**Email:** ksibanda@temple.edu

## Certification

**Telephone:** (862)250-9684

**Name:** Kissinger Nkosinathi Sibanda
**Date**: September 25, 2023

**Correspondence:** Yes
**Copyright Office notes:** Regarding special handling request: Claim upgraded for special handling per request received on 10/06/2023 due to pending or prospective litigation.