# No. 24-2348

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

Kissinger N. Sibanda,
*Plaintiff - Appellant*,

v.

David Ellison et al,
*Defendant- Appellee.*

---

*On Appeal from an Order of the
United States District Court for the Southern District of New York*

---

**APPELLANT'S RULE 31 NOTIFICATION**

---

Dr. Kissinger N. Sibanda, Esq.
LAW OFFICE OF KISSINGER N. SIBANDA, PLLC
P.O. Box 714, Livingston, NJ 07039
Tel: 862-250-9684

In accordance with Local Rule 31.2 (a)(1)(A) Plaintiff-Appellant herein submits his proposed briefing schedule. This proposal is submitted 14 days from granting the Appellant's IP motion.

For various reasons, including the pending related matter in lower Court, 1:24-06310 (JMF), Plaintiff-Appellant respectfully proposes April 18th, 2025, as the deadline for filing his brief on appeal.

Appellant, has a number of other cases that require his undivided attention in this Circuit, including *Reynolds v. CT Transit*, (23-484) and *Veras v. New York City Depart of Education, et al*, (24-1956); relitigating of related matter – *Sibanda v. Ellison et al*, 1:24-cv-06310 (JMF).

As well as other cases in other federal, and State courts. Appellant thanks the court for considering this appeal.

Dated:   February 3, 2025,            Respectfully Submitted,
         Washington DC, 20009

By /s/Kissinger N. Sibanda Esq
Kissinger N. Sibanda Esq
P.O. Box 714
Livingston, New Jersey 07039

THE LAW OFFICE OF                    Tel: 862-250-9684
KISSINGER N. SIBANDA                 *Attorney for Keisha Reynolds-Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3rd, 2025, I electronically filed Rule 31 schedule for Appellant with the Clerk of the United States Court of Appeals by using the Appellate ACMS/ECF. I further certify that all participants in the case are registered ACMS users and service will be accomplished by the appellate ACMS/ECF system.

Dated: February 3rd, 2025 /s/Kissinger N. Sibanda
Dr. Kissinger N. Sibanda, Esq.