# No.24-2348

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

Kissinger N. Sibanda
*Plaintiff-appellant.*

V.

David Elison, et al
*Defendant – Appellee.*

_____

*From Federal Judge Jesse M. Furman*
*United States District Court for the Southern District of New York*

_____

**LETTER REGARDING NON-ADMITTED ATTORNEY**

Dr. Kissinger N. Sibanda, Esq.
LAW OFFICE OF KISSINGER N. SIBANDA, PLLC
c/o P.O. Box 714, Livingston, NJ 07039
Tel: 862-250-9684

Honorable clerk of the court, Catherine O'Hagan Wolfe:

It has come to my attention that in granting an extension to the briefing schedule, an attorney who is not admitted to this court responded on appellee behalf. Appellees are represented in this matter by Evangelos Michailidis, but Ahslee Lin responded. Exhibit: 1. Ashelle Lin[1], is not admitted to this bar, the Second Circuit. See Docket entry #5 (24-2348):

9/9/2024     5
NON-ADMITTED ATTORNEY, Ashlee Lin, orally informed to apply for admission forthwith and submit Addendum A to Notice of Appearance, NOTIFIED. [Entered: 09/09/2024 02:15 PM]

Appellant has no authority to police the actions of opposing counsel and had assumed Ms. Lin, is admitted to this court and proceeding with standing from the court; *but* addressed the extension request to both, Evangelos Michailidis and Ashlee Lin – of which Lin responded instead of Michailidis. Exhibit: 2.

Evan Michailidis, cc-ed on the two emails, and with standing to represent clients in this court, did not oppose the extension request and is the only attorney between the two who has filed a notice of appearance under Local Rule 12.3.

---

[1] A public search on whether Ms. Ashlee Lin, is admitted to the Second circuit, returned negative. https://ecf.ca2.uscourts.gov/n/beam/servlet/TransportRoom?servlet=Att_Search.jsp

Appellant is under an ethical obligation to this court, under the Rules of the Second Circuit, being admitted to this bar and in good standing, to present the misrepresentation, as soon as it becomes known to him.

Appellant submits this letter to correct the appellate record accordingly, in terms of which attorney consented to Appellant's briefing request but <u>does not</u> which to recall that motion (Gen. Docket No. 80) nor to modify the current briefing schedule.

Appellant thanks the court for its attention to this matter.

Respectfully submitted this 15th April 2025.

Respectfully Submitted:

The Law Office of Kissinger N. Sibanda, PLLC
P.O. Box 714
Livingston, N.J, 07039
Tel: (862)250-9684
ksibanda@thelawofficesofkissingersibanda.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 15th, 2025, all parties were served via CM/ECF electronic service. All parties are registered with the Second Circuits' ECF system.

Dated: April 15th, 2025

/s/
Dr. Kissinger N. Sibanda, Esq
*Pro Se*
*Admitted Second Circuit*

# EXHIBITS

Case: 24-2348, 04/15/2025, DktEntry: 82.1, Page 5 of 8

Outlook

## RE: Reset of Second Circuit Due Dates on Sibanda v. Ellison, Docket - 2348 (2nd Cir)

**From** Ashlee Lin <alin@eisnerlaw.com>
**Date** Thu 3/27/2025 12:52 PM
**To** Kissinger Sibanda <KSibanda@thelawofficesofkissingersibanda.com>; Evan Michailidis <EMichailidis@eisnerlaw.com>

Yes, that's fine.  Thank you.

**Ashlee Lin**
Partner

-
Eisner, LLP
433 N. Camden Drive | 4th Floor | Beverly Hills, CA 90210
T 310.855.3200 | D 310.855.3237
alin@eisnerlaw.com   |  www.eisnerlaw.com

**From:** Kissinger Sibanda <KSibanda@thelawofficesofkissingersibanda.com>
**Sent:** Thursday, March 27, 2025 8:19 AM
**To:** Evan Michailidis <EMichailidis@eisnerlaw.com>; Ashlee Lin <alin@eisnerlaw.com>
**Cc:** Kissinger Sibanda <KSibanda@thelawofficesofkissingersibanda.com>
**Subject:** Reset of Second Circuit Due Dates on Sibanda v. Ellison, Docket - 2348 (2nd Cir)

Counsel,

Good morning.

In light of the settlement conference.

— Do you also consent to change of the briefing due dates for the second circuit, from the current due dates by an additional 30 days.

Changing the dates as follows:  to May 10, 2025 - appellant's brief due.

And to, June 10, 2025 - Appellee brief due.

I intend filing this request today.

Thank you,

/s/

Kissinger N. Sibanda Esq (SJD)

SJD ( Suffolk School of Law)
LL.M (Trial Advocacy - Federal Defense) ( California Western School of Law)
LL.M (Trial Advocacy)( Temple James Beasley Law School) ( Ranked # 1, in Trial Advocacy ( U.S. News Trial Advocacy Rankings)
LL.B (with Honours)
[Trial Attorney](#)

 **Outlook**

## Reset of Second Circuit Due Dates on Sibanda v. Ellison, Docket - 2348 (2nd Cir)

**From** Kissinger Sibanda <KSibanda@thelawofficesofkissingersibanda.com>
**Date** Thu 3/27/2025 11:19 AM
**To** Evan Michailidis <EMichailidis@eisnerlaw.com>; Ashlee Lin <alin@eisnerlaw.com>
**Cc** Kissinger Sibanda <KSibanda@thelawofficesofkissingersibanda.com>

Counsel,

Good morning.

In light of the settlement conference.

— Do you also consent to change of the briefing due dates for the second circuit, from the current due dates by an additional 30 days.

Changing the dates as follows: to May 10, 2025 - appellant's brief due.

And to, June 10, 2025 - Appellee brief due.

I intend filing this request today.

Thank you,

/s/

Kissinger N. Sibanda Esq (SJD)

SJD ( Suffolk School of Law)
LL.M (Trial Advocacy - Federal Defense) ( California Western School of Law)
LL.M (Trial Advocacy)( Temple James Beasley Law School) ( Ranked # 1, in Trial Advocacy ( U.S. News Trial Advocacy Rankings)
LL.B (with Honours)
[Trial Attorney](#)